AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JOHN HENRY PAGE,

      Petitioner,      JUDGMENT IN A CIVIL CASE
  V.

                        CASE NUMBER: **3:08-CV-00536-RCJ-VPC**

JACK PALMER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#15) is **GRANTED.** The Court finds the federal habeas corpus petition was untimely filed.
    **IT IS FURTHER ORDERED** the Petition (#10) is **DISMISSED WITH PREJUDICE.**
    **IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability.


October 27, 2009                       **LANCE S. WILSON**
                                                Clerk

                                                      D. R. Morgan
                                                      Deputy Clerk